No. 76–5166.  SMITH, ADMINISTRATRIX *v.* EMORY UNIVER-
SITY ET AL.  Ct. App. Ga.  Certiorari denied.  MR. JUSTICE
BLACKMUN took no part in the consideration or decision of
this petition.

No. 75–1642.  ABRAMS *v.* COMMUNITY REDEVELOPMENT
AGENCY OF LOS ANGELES.  Sup. Ct. Cal.  Certiorari denied.
MR. JUSTICE BLACKMUN would grant certiorari.

No. 75–1716.  BLANCHARD ET AL. *v.* JOHNSON ET AL.  C. A.
6th Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN would
grant certiorari.

No. 76–160.  MARINE DEVELOPMENT CORP. *v.* HEIMAN ET
AL.; and

No. 76–161.  MEDLIN MARINE, INC. *v.* HEIMAN ET AL.
C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN
would grant certiorari.

No. 75–1664.  DUFAULT ET AL., DBA DIMENSION *v.* UNITED
STATES.  C. A. 5th Cir.  Certiorari denied.

MR. JUSTICE BRENNAN, with whom MR. JUSTICE STEWART
and MR. JUSTICE MARSHALL join, dissenting:

Petitioners were convicted of mailing obscene materials
in violation of 18 U. S. C. § 1461.  I adhere to the view that
this statute is " 'clearly overbroad and unconstitutional on its
face,' " see, *e. g., Millican* v. *United States,* 418 U. S. 947, 948
(1974) (BRENNAN, J., dissenting from denial of certiorari),
quoting *United States* v. *Orito,* 413 U. S. 139, 148 (1973)
(BRENNAN, J., dissenting).  I therefore would grant certiorari
and reverse.

No. 75–1731.  CARTER *v.* AMERICAN BAR ASSN. ET AL.  C. A.
1st Cir.  Certiorari denied.  MR. JUSTICE POWELL took no
part in the consideration or decision of this petition.